# EXHIBIT 1

**From: Joseph Cox**                                                                                                                                10/22/2024

Portal

Subject: Freedom of Information Act Request: ICE Documents on Paragon 70CTD024P00000012

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

- All invoices, purchases orders, contracts, loan agreements, procurement documents (but not limited to solicitation documents or notices of proposed contracts, proposed bids, unsolicited proposals, and/or documents justifying contracting without full and open competition), and statements of work relating to Award ID 70CTD024P00000012.

In order to help to determine my status to assess fees, you should know that I am a journalist writing for 404 Media and that this request is being made as part of news gathering.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Joseph Cox