**EXHIBIT 3**

**From: Joseph Cox** — 04/20/2025 — Portal

Subject: RE: Freedom of Information Act Request #2025-ICFO-03255

Hey,

Please may I have an update on ICE FOIA Case Number 2025-ICFO-03255?

Thank you.

**From: Joseph Cox** — 07/11/2025 — Portal

Subject: RE: Freedom of Information Act Request #2025-ICFO-03255

Hey,

Please may I have an update on ICE FOIA Case Number 2025-ICFO-03255?

Thank you.

**From: Joseph Cox** — 09/02/2025 — Portal

Subject: RE: Freedom of Information Act Request #2025-ICFO-03255

This contract has had the stop work order lifted. Please may I have an update on ICE FOIA Case Number 2025-ICFO-03255?