# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Dark Mode LLC d/b/a 404 Media**,

           Plaintiff,

v.

**United States Immigration and Customs Enforcement**,

           Defendant.

Case No. 1:25-cv-3357

## Certificate Required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia

I, the undersigned, counsel of record for Dark Mode LLC, d/b/a 404 Media, ("404 Media"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of 404 Media which have any outstanding securities in the hands of the public: <u>None</u>

These representations are made in order that judges of this Court may determine the need for recusal.

Date: September 22, 2025

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate (#1720435)
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA  94014
Tel/Fax: 415-964-4400
matt@matthewcatelaw.com

*Counsel for Plaintiff*
*Dark Mode LLC d/b/a 404 Media*