# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DARK MODE, LLC** <br> *d/b/a* 404 MEDIA, <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> )    **Case No. 25-cv-3357 (APM)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Plaintiff filed this Freedom of Information Act ("FOIA") action on **September 22, 2025**. *See* Compl., ECF No. 1. Defendants filed an answer on December 30, 2025. *See* Def.'s Answer, ECF No. 9. Cases filed under FOIA are exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. *See* LCvR 16.3(b)(10).

Accordingly, it is hereby ordered that the parties shall meet and confer and file a Joint Status Report on or before **January 14, 2026**. The Joint Status Report should address, among other things, (1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.

Counsel shall not contact chambers directly concerning scheduling or other matters, as chambers personnel will not handle questions relating to the status or scheduling of pending

2

matters, except in case of an emergency. In an emergency, chambers can be reached at 202-354-3250.

Dated: December 31, 2025

_____
Amit P. Mehta
United States District Judge