UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARK MODE, LLC<br>*d/b/a* 404 Media,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>   Defendant. | Civil Action No. 25-3357 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 31, 2025 Minute Order, Plaintiff Dark Mode, LLC ("404 Media") and United States Immigration and Customs Enforcement ("ICE") , by and through their respective undersigned counsel, respectfully submit this joint status report.

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking a response to its October 22, 2024 request, which sought "[a]ll invoices, purchases orders, contracts, loan agreements, procurement documents (but not limited to solicitation documents or notices of proposed contracts, proposed bids, unsolicited proposals, and/or documents justifying contracting without full and open competition), and statements of work relating to Award ID 70CTD024P00000012 Compl." (ECF No. 1) ¶ 14.  Plaintiff filed the complaint on September 22, 2025 (ECF No.1), and Defendant timely answered on December 30, 2025 (ECF No. 9). Following the filing of the Answer, the parties conferred regarding the status of the FOIA requests at issue and report as follows:

**Defendant**

Defendant reports that due to the lapse in appropriations occurring from September 30, 2025 to November 11, 2025, government agencies were unable to process requests. Since the restoration of appropriations, agencies have resumed processing but face significant backlog.

The Defendant reports (1) that it is still processing Plaintiff's FOIA request; (2) has identified approximately 673 potentially responsive documents which are currently being processed. Once processed, the records will undergo submitter notice and review. Defendant further reports that it (3) anticipates completing its final response and production on or before February 27, 2026. Defendant also reports that (4) it does not anticipates seeking a stay pursuant to *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Additionally, due to the impending final response, Defendant (5) does not believe there are any issues ripe for summary judgment briefing.

To that end, Defendant proposes that the parties file a subsequent status report on or before February 12, 2026, updating the Court on the processing of the FOIA requests at issue in this matter, including the number of identified records and anticipated dates of release.

**Plaintiff**

404 Media agrees that it is premature to determine whether summary judgment briefing is expected in this case. Meanwhile, 404 Media also joins Defendant's request that the parties be ordered to file a status report by February 12, 2026.

404 Media additionally emphasizes that ICE has represented that the volume of records responsive to the FOIA request, submitted more than one year ago, comprises only 673 pages of contract-related documents. Even assuming that some or all of the responsive records implicate "[c]onfidential commercial information" for which "submitter notice and review" may be required (which 404 Media does not concede), there is no apparent basis for the submitter notice period to

extend beyond the "10 working days" provided by the applicable regulations. *See* 6 C.F.R. § 5.7(e) (setting procedure for Department of Homeland Security and component agencies for handling of information implicating confidential commercial information). ICE can certainly be prepared to disclose all nonexempt public records responsive to the FOIA request by its own stated deadline. To ensure that it does, and to promote the resolution of this matter as expeditiously as practicable, Plaintiff asks the Court to order ICE to meet that deadline and disclose all nonexempt material no later than February 27, 2026.

Dated:   January 14, 2026                           Respectfully submitted,
         Washington, DC

*/s/ Matthew S.L. Cate*                             JEANINE FERRIS PIRRO
Matthew S.L. Cate (#1720435)                        United States Attorney
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900                    By: */s/ Zachary J. Krizel*
San Francisco, CA  94014                            ZACHARY J. KRIZEL
Tel/Fax: 415-964-4400                               Assistant United States Attorney
matt@matthewcatelaw.com                             601 D Street, N.W.
                                                    Washington, D.C. 20530
*Counsel for Plaintiff*                             (202) 252-2518
*Dark Mode LLC d/b/a 404 Media*                     Zachary.Krizel@usdoj.gov

                                                    *Attorneys for the United States of America*