UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARK MODE, LLC
*d/b/a* 404 Media,

      Plaintiff,

    v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

      Defendant.

Civil Action No. 25-3357 (APM)

**JOINT STATUS REPORT**

Pursuant to the Court's January 15, 2026 Minute Order, Plaintiff Dark Mode, LLC ("404 Media") and United States Immigration and Customs Enforcement ("ICE"), by and through their respective undersigned counsel, respectfully submit this joint status report.

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking a response to its October 22, 2024 request, which sought "[a]ll invoices, purchases orders, contracts, loan agreements, procurement documents (but not limited to solicitation documents or notices of proposed contracts, proposed bids, unsolicited proposals, and/or documents justifying contracting without full and open competition), and statements of work relating to Award ID 70CTD024P00000012 Compl." (ECF No. 1) ¶ 14.

Defendant reports that it has completed its processing of the potentially responsive records, consisting of 673 pages. Defendant further reports that it is in the process of contacting the submitter for review. Once the submitter has completed its review, the records will be released to Plaintiff. Defendant anticipates making its production of the potentially responsive records on or before February 27, 2026, provided that it can do so in compliance with federal regulation which

require that the submitter be given not less than 10 working days to respond and object to disclosure. Should more time be needed, counsel for ICE will notify counsel for the Plaintiff as soon as is practicable.

To that end, the parties propose that they file a subsequent status report on or before March 16, 2026, updating the Court on the processing and production of the FOIA requests at issue in this matter and, if applicable, a briefing schedule to resolve any disputes arising from Defendant's production, redactions to, or nondisclosures of the requested records.

Dated:  February 12, 2026
        Washington, DC

Respectfully submitted,


*/s/ Matthew S.L. Cate*
Matthew S.L. Cate (#1720435)
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA  94014
Tel/Fax: 415-964-4400
matt@matthewcatelaw.com

*Counsel for Plaintiff*
*Dark Mode LLC d/b/a 404 Media*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*