UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARK MODE, LLC
*d/b/a* 404 Media,

      Plaintiff,

    v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

      Defendant.

Civil Action No. 25-3357 (APM)

**[PLAINTIFF'S PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report of March 16, 2026, it is **ORDERED** that Defendant, by no later than April 15, 2026, shall (1) complete its processing of records responsive to Plaintiff's FOIA request, (2) issue its final determination regarding the requested public records, and (3) disclose all non-exempt material no later than April 15, 2026.

It is **FURTHER ORDERED** that the parties shall submit a further status report by April 29, 2026, indicating if the parties anticipate summary judgment briefing is necessary and, if so, proposing a briefing schedule.

Dated:

                                   Amit P. Mehta
                         United States District Judge