UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARK MODE, LLC
*d/b/a* 404 Media,

      Plaintiff,

    v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT,

      Defendant.

Civil Action No. 25-3357 (APM)

**JOINT STATUS REPORT**

Pursuant to the Court's March 17, 2026 Minute Order, Plaintiff Dark Mode, LLC ("404 Media") and United States Immigration and Customs Enforcement ("ICE"), by and through their respective undersigned counsel, respectfully submit this joint status report.

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking a response to its October 22, 2024 request, which sought "[a]ll invoices, purchases orders, contracts, loan agreements, procurement documents (but not limited to solicitation documents or notices of proposed contracts, proposed bids, unsolicited proposals, and/or documents justifying contracting without full and open competition), and statements of work relating to Award ID 70CTD024P00000012." Compl. (ECF No. 1) ¶ 14.

Defendant reports that it has completed its processing of the potentially responsive records, consisting of 673 pages. Defendant further reports that the records were provided to the submitter for review. Once the submitter has completed its review, the records will be released to Plaintiff.

Defendant ICE also reports that although DHS is still experiencing a lapse in appropriations, on April 10, 2026, excepted and furloughed employees were notified that they were

being returned to the same position held prior to the furlough. On April 13, 2026, ICE FOIA personnel returned to work. ICE FOIA personnel are awaiting additional guidance from their component or supervisor about what functions they will be permitted to perform while DHS remains in a lapse of appropriations. Defendant ICE further reports that upon receiving further information from ICE FOIA, Defendant ICE will provide an anticipated date of processing. Accordingly, Defendant ICE requests limited, additional time to obtain and implement guidance, complete its review of all pending matters, and update the Court with the anticipated dates of completion and production.

To that end, the parties request that they be ordered to submit a further joint status report on or before April 24, 2026, updating the Court on the processing and production of the FOIA requests at issue in this matter and, if applicable, a briefing schedule to resolve any disputes arising from Defendant's production, redactions to, or nondisclosures of the requested records.

Dated:   April 15, 2026            Respectfully submitted,
         Washington, DC


*/s/ Matthew S.L. Cate*            JEANINE FERRIS PIRRO
Matthew S.L. Cate (#1720435)      United States Attorney
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900   By: */s/ Zachary J. Krizel*
San Francisco, CA  94014          ZACHARY J. KRIZEL
Tel/Fax: 415-964-4400             Assistant United States Attorney
matt@matthewcatelaw.com           601 D Street, N.W.
                                  Washington, D.C. 20530
*Counsel for Plaintiff*            (202) 252-2518
*Dark Mode LLC d/b/a 404 Media*    Zachary.Krizel@usdoj.gov

                                  *Attorneys for the United States of America*