UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DARK MODE, LLC<br>*d/b/a* 404 Media,<br><br>     *Plaintiff*,<br><br>  v.<br><br>UNITED STATES IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br><br>     *Defendant*. | Civil Action No. 25-3357 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 27, 2026 Minute Order, Plaintiff Dark Mode, LLC ("404 Media") and United States Immigration and Customs Enforcement ("ICE"), by and through their respective undersigned counsel, respectfully submit this joint status report.

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking a response to its October 22, 2024 request, which sought "[a]ll invoices, purchases orders, contracts, loan agreements, procurement documents (but not limited to solicitation documents or notices of proposed contracts, proposed bids, unsolicited proposals, and/or documents justifying contracting without full and open competition), and statements of work relating to Award ID 70CTD024P00000012." Compl. (ECF No. 1) ¶ 14.

**Defendant's Statement**

Defendant reports that it has processed the potentially responsive records consisting of 673 pages and made its first interim production on May 26, 2026, consisting of approximately 77 pages. Defendant also reports that while processing the records, it identified records that were not previously submitted for submitter review. Defendant notified the submitter on May 19,

2026, and received confirmation on May 20, 2026. Defendant anticipates receiving the submitters response on or before June 3, 2026. Once the Defendant receive the submitters response, Defendant will produce any responsive, non-exempt pages.

To that end, Defendant requests that the parties be ordered to submit a further joint status report on or before June 24, 2026, updating the Court on the processing and production of the FOIA requests at issue in this matter and, if applicable, a briefing schedule to resolve any disputes arising from Defendant's production, redactions to, or nondisclosures of the requested records.

**Plaintiff's Statement**

Plaintiffs notes that while ICE initially identified 673 pages of material as potentially responsive to Plaintiff's FOIA request, ICE confirmed on May 26, 2026, that 295 of those pages are duplicates and that four have been deemed nonresponsive. This case therefore concerns only 374 pages of public records. Further, ICE reported in mid-February 2026 that it had completed its processing of those responsive records. *See* Dkt. No. 12 (Feb. 12, 2026 JSR) at 1. And it reported in late April 2026 that it anticipated completing its disclosures by May 26, 2026. *See* Dkt. No. 15 (Apr. 24, 2026 JSR) at 2.

Given those facts, Plaintiff has asked for but has not received an explanation for why ICE determined only recently that it needed to send 297 pages of the material at issue—*i.e.*, nearly 80 percent of the non-duplicative responsive records—for third-party review. (As Plaintiff understands it, this new review will be undertaken by the same contracting entity that undertook the prior review relating to the other 77 pages of records.) Plaintiff has also requested but has not yet obtained a date certain by which ICE could commit to completing the processing and disclosure of these final pages.

- 3 -

Accordingly, and to ensure that there are no further unnecessary delays in this case, Plaintiff respectfully requests that the Court order ICE to complete processing of the requested public records, and to disclose all nonexempt material, by no later than June 17, 2026 (*i.e.* two weeks after ICE anticipates receiving the third-party input), and that it also order the parties to submit a status report on or before July 1, 2026, updating the Court on the status of this case and, if applicable, proposing a briefing schedule to resolve any disputes arising from the Defendant's processing of the FOIA request.

Dated:   May 26, 2026
        Washington, DC

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate (#1720435)
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA  94014
Tel/Fax: 415-964-4400
matt@matthewcatelaw.com

*Counsel for Plaintiff*
*Dark Mode LLC d/b/a 404 Media*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*