**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DARK MODE, LLC<br>*d/b/a* 404 Media,<br><br>     *Plaintiff*,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br><br>     *Defendant*. | Civil Action No. 25-3357 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 30, 2026 Minute Order, Plaintiff Dark Mode, LLC ("404 Media") and United States Immigration and Customs Enforcement ("ICE"), by and through their respective undersigned counsel, respectfully submit this joint status report.

Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking a response to its October 22, 2024 request, which sought "[a]ll invoices, purchases orders, contracts, loan agreements, procurement documents (but not limited to solicitation documents or notices of proposed contracts, proposed bids, unsolicited proposals, and/or documents justifying contracting without full and open competition), and statements of work relating to Award ID 70CTD024P00000012." Compl. (ECF No. 1) ¶ 14.

Defendant reports that it has processed the potentially responsive records consisting of 673 pages and made its final release of records on July 2, 2026.

The parties will confer, following Plaintiff's review of the records, to determine what issues remain or whether this matter may be resolved without the need for briefing.

The parties request that they be ordered to submit a further joint status report on or before August 28, 2026, updating the Court on the status of the FOIA requests at issue in this matter and, if applicable, a briefing schedule to resolve any disputes that remain.

Dated:   July 29, 2026
            Washington, DC

/s/ Matthew S.L. Cate
Matthew S.L. Cate (#1720435)
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA  94014
Tel/Fax: 415-964-4400
matt@matthewcatelaw.com

Counsel for Plaintiff
Dark Mode LLC d/b/a 404 Media

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Zachary J. Krizel
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2518
Zachary.Krizel@usdoj.gov

Attorneys for the United States of America