**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DARK MODE, LLC
*d/b/a* 404 Media,

*Plaintiff*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

*Defendant*.

Civil Action No. 25-3357 (APM)

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, United States Immigration and Customs Enforcement, by and through undersigned counsel, respectfully moves this Court for a fourteen-day extension of time, from October 30, 2026, up to and including November 13, 2026, to r file its Motion for Summary Judgment in the above-captioned matter. There is good cause for the Court to grant the requested relief here. In support, Defendant states as follows:

1. This is the Defendant's second request for an enlargement of time in this matter.

2. The extension is requested in good faith and not for the purpose of delay. *See generally* Fed. R. Civ. P. 6(b)(1) ("A schedule may be modified only for good cause and with the judge's consent.").

3. Undersigned counsel was admitted to the hospital during the week of October 5, 2026, and did not return to work until October 13, 2026. Since returning to work, undersigned counsel is currently managing numerous deadlines that were extended due to the aforementioned unplanned absence, as well as an assigned emergency matter.

4. Pursuant to Local Rule 7 (m), Plaintiff was consulted regarding this requested extension and consents. Additionally, Plaintiff provided agree-upon dates for remaining deadlines that would be impacted by this brief extension. Further, no party will be prejudiced by the proposed extension.

5. Accordingly, Defendant requests the Court enter the following schedule to govern further proceedings in this matter:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | November 13, 2026 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | December 11, 2026 |
| Defendants Reply and Response to Plaintiff's Cross-Motion for Summary Judgment | December 28, 2026 |
| Plaintiff's Reply | January 8, 2026 |

For the reasons stated, Defendant respectfully requests that the Court grant a fourteen-day extension of time, up to and including November 13, 2026, for Defendant to file its Motion for Summary Judgment and enter the above-outlined briefing schedule to govern further proceedings. A proposed order is attached.

* * *

Dated: October 28, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
Zachary.Krizel@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARK MODE, LLC<br>*d/b/a* 404 Media,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Civil Action No. 25-3357 (APM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for an extension of time to file its Motion for Summary Judgment, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is **GRANTED**; and it is further

ORDERED that the following proposed schedule with govern further proceedings in this matter:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | November 13, 2026 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | December 11, 2026 |
| Defendants Reply and Response to Plaintiff's Cross-Motion for Summary Judgment | December 28, 2026 |
| Plaintiff's Reply | January 8, 2026 |

SO ORDERED:

____________________________
Dated

____________________________
AMIT P. MEHTA
United States District Judge