**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DARK MODE, LLC
*d/b/a* 404 Media,

*Plaintiff*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

*Defendant*.

Civil Action No. 25-3357 (APM)

# ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time to file its Motion for Summary Judgment, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is **GRANTED**; and it is further

ORDERED that the following proposed schedule with govern further proceedings in this matter:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | November 13, 2026 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | December 11, 2026 |
| Defendants Reply and Response to Plaintiff's Cross-Motion for Summary Judgment | December 28, 2026 |
| Plaintiff's Reply | January 8, 2026 |

SO ORDERED:

October 29, 2026
Dated

Amit P Mehta
Digitally signed by Amit P Mehta
Date: 2026.10.29 07:24:41 -04'00'

AMIT P. MEHTA
United States District Judge