**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARK MODE, LLC<br>*d/b/a* 404 Media,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Civil Action No. 25-3357 (APM) |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, United States Immigration and Customs Enforcement, by and through undersigned counsel, respectfully moves this Court for an seven-day extension of time, from November 13, 2026, up to and including November 20, 2026, to r file its Motion for Summary Judgment in the above-captioned matter. There is good cause for the Court to grant the requested relief here. In support, Defendant states as follows:

1. This is the Defendant's third request for an enlargement of time in this matter.

2. The extension is requested in good faith and not for the purpose of delay. *See generally* Fed. R. Civ. P. 6(b)(1) ("A schedule may be modified only for good cause and with the judge's consent.").

3. While preparing its Motion for Summary Judgment and completing department-mandated review, an issue arose requiring further conferral with the agency. Specifically, Defendant is examining its withholdings under FOIA Exemption 5 to determine whether the agency will maintain these exemptions. Accordingly, Defendant requests this brief extension to complete its review and any necessary revision of the Declaration and Vaughn Index to reflect

potential changes. Additionally, ICE is currently experiencing a nation-wide Microsoft Outlook outage significantly limiting the ability for undersigned to coordinate with the agency.

4. Pursuant to Local Rule 7 (m), Plaintiff was consulted regarding this requested extension and consents. Additionally, Plaintiff provided agree-upon dates for remaining deadlines that would be impacted by this brief extension. Further, no party will be prejudiced by the proposed extension.

5. Accordingly, Defendant requests the Court enter the following schedule to govern further proceedings in this matter:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | November 20, 2026 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | December 17, 2026 |
| Defendants Reply and Response to Plaintiff's Cross-Motion for Summary Judgment | December 30, 2026 |
| Plaintiff's Reply | January 8, 2027 |

For the reasons stated, Defendant respectfully requests that the Court grant a seven-day extension of time, up to and including November 20, 2026, for Defendant to file its Motion for Summary Judgment and enter the above-outlined briefing schedule to govern further proceedings. A proposed order is attached.

Dated: November 13, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Zachary J. Krizel
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
Zachary.Krizel@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DARK MODE, LLC
*d/b/a* 404 Media,

*Plaintiff*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

*Defendant*.

Civil Action No. 25-3357 (APM)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for an extension of time to file its Motion for Summary Judgment, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is **GRANTED**; and it is further

ORDERED that the following proposed schedule with govern further proceedings in this matter:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | November 20, 2026 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | December 17, 2026 |
| Defendants Reply and Response to Plaintiff's Cross-Motion for Summary Judgment | December 30, 2026 |
| Plaintiff's Reply | January 8, 2027 |

SO ORDERED:

__________________________
Dated

__________________________
AMIT P. MEHTA
United States District Judge