**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DARK MODE, LLC
*d/b/a* 404 Media,

*Plaintiff*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

*Defendant*.

Civil Action No. 25-3357 (APM)

**ORDER**

UPON CONSIDERATION of Defendant's motion for an extension of time to file its Motion for Summary Judgment, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is **GRANTED**; and it is further

ORDERED that the following proposed schedule with govern further proceedings in this matter:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | November 20, 2026 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | December 17, 2026 |
| Defendants Reply and Response to Plaintiff's Cross-Motion for Summary Judgment | December 30, 2026 |
| Plaintiff's Reply | January 8, 2027 |

SO ORDERED:

Amit P Mehta
Digitally signed by Amit P Mehta
Date: 2026.11.13 18:08:41 -05'00'

November 13, 2026
Dated

AMIT P. MEHTA
United States District Judge