**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DARK MODE, LLC
*d/b/a* 404 Media,

*Plaintiff*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

*Defendant*.

Civil Action No. 25-3357 (APM)

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant the U.S. Immigrations and Customs Enforcement, respectfully move for summary judgment in this Freedom of Information Act action. Accompanying this filing is Defendant's supporting memorandum of law, statement of material facts not in genuine dispute, supporting declarations, and a *Vaughn* index. A proposed order is also enclosed.

Dated: November 20, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
Zachary.Krizel@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARK MODE, LLC<br>*d/b/a* 404 Media,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Civil Action No. 25-3357 (APM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for an extension of time to file its Motion for Summary Judgment, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is **GRANTED**; and it is further

ORDERED that the following proposed schedule with govern further proceedings in this matter:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | November 20, 2026 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | December 17, 2026 |
| Defendants Reply and Response to Plaintiff's Cross-Motion for Summary Judgment | December 30, 2026 |
| Plaintiff's Reply | January 8, 2027 |

SO ORDERED:

________________________
Dated

________________________
AMIT P. MEHTA
United States District Judge