**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARK MODE, LLC<br>*d/b/a* 404 Media,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Civil Action No. 25-3357 (APM) |

## DEFENDANTS' STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Pursuant to Federal Rule of Civil Procedure 56(a) and Local Civil Rule 7(h), Defendant United States Immigration and Customs Enforcement ("ICE") submits the following statement of material fact not in dispute in support of its motion for summary judgment.

| Defendant's Statement of Fact | Plaintiff's Response |
|---|---|
| 1. The Freedom of Information Act ("FOIA") request to ICE at issue was dated October 22, 2024, and seeks documents related to Award ID 70CTD024P00000012. Decl. of Dr. Kenneth Clark ("Clark Decl."). ¶6. | |
| 2. By letter dated October 25, 2024, ICE acknowledged the FOIA request and assigned it a tracking number. Clark Decl. ¶ 7. | |
| 3. On September 23, 2025, Plaintiff filed this FOIA action in the U.S. District Court for the District of Columbia. Compl. (ECF No. 1). | |

| Defendant's Statement of Fact | Plaintiff's Response |
|---|---|
| 4. On May 26, 2026 and July 2, 2026, ICE made its releases of responsive records. Clark Decl. ¶ 9.[1] | |
| 5. Of the 374 pages of records released, certain information was withheld under FOIA Exemptions 4, 5, 6, 7(C), and 7(E). Clark Decl. ¶ 9. | |
| 6. ICE contacted Paragon and informed them that information submitted by Paragon was located in response to Plaintiff's FOIA request. Clark Decl. ¶ 20. Declaration of Andrew Boyd ("Boyd Decl.) ¶¶ 7; 10. | |
| 7. After consultation with third-party Paragon, ICE withheld information concerning pricing narrative(s), nonpublic technical and product specifications, information about product features, capabilities and performance, work-product version numbers and descriptions of how Paragon monitors risks and updates security features. Clark Decl. ¶ 17; Boyd Decl. ¶ 10. | |
| 8. The withheld information is confidential and would cause financial and competitive harm to Paragon if disclosed. Clark Decl. ¶ 17; Boyd Decl. ¶ 9. | |

[1] As indicated in the Clark Declaration and Defendant's Motion for Summary Judgment, ICE made a supplemental release of approximately 13 pages on or before December 4, 2026.

| Defendant's Statement of Fact | Plaintiff's Response |
|---|---|
| 9. Homeland Security Investigations ("HIS"), a component of the Department of Homeland Security ("DHS"), complied the records at issue to assist their statutory responsibilities of "criminal investigations into the illegal movement of people, goods, money, contraband, weapons and sensitive technology into, out of, and through the United States." Clark Decl. ¶ 27. | |
| 10. Disclosure of the withheld information would risk circumvention of the law by "allow individuals seeking to evade law enforcement investigation to determine which capabilities ICE may employ and may use to adjust their behavior, exploit perceived gaps, or otherwise reduce the effectiveness of current or future law enforcement operations." Clark Decl. ¶ 30. | |
| 11. Plaintiff is not challenging in this action the adequacy of the agency's search for responsive records or withholdings based on Exemptions 6, 7(C), and 7(F). Pl. Status Report (ECF No. 19) at 3-4. | |
| 12. ICE evaluated the material at issue and released all reasonably segregable non-exempt information from the documents. Clark Decl. ¶¶ 31–33. | |

Dated: November 20, 2026

Respectfully submitted,
JEANINE FERRIS PIRRO
United States Attorney

/s/ *Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney U.S. Attorney's Office,
Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*