UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC., et al,<br>*Plaintiffs*,<br>v.<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>*Defendant*. | Civil Action No. 24-0967 (ACR) |

**JOINT STATUS REPORT**[1]

Pursuant to paragraph 5(d) of the Court's Standing Order and paragraph 3 of the parties' joint status report (ECF No. 12), Plaintiffs, National Public Radio, Inc. and Chiara Eisner, and Defendant, the U.S. Department of Health and Human Services, respectfully submit this joint status report.

1. This action concerns five Freedom of Information Act ("FOIA") requests submitted on June 12, 2023 (for three of them), August 31, 2023, and September 8, 2023. The requests are attached to the Complaint at ECF Nos. 1-1, 1-3, 1-5, 1-7, and 1-9.

2. The status of these five FOIA requests is as follows:

   a. For 23-F-0193, Defendant has searched for, located, and begun processing approximately 6,700 potentially responsive documents (a document may consist of multiple pages and attachments). On July 11, 2024, Plaintiffs agreed to de-prioritize transcripts of foreign language audio files responsive

[1] In the Parties' Joint Status Report filed August 14, 2026, they represented their intent to file a Joint Status Report on or before October 12, 2026. However, due to medical emergency concerning Defense Counsel, the filing was delayed.

to this request for the time being. The parties will continue to assess whether Plaintiffs will treat these foreign language transcripts as nonresponsive after processing of the English language files. Defendant reports that, due to the lapse in government appropriations which occurred from September 30, 2025 to November 11, 2025, the anticipated productions were not complete. However, since the restoration of appropriations, Defendant has resumed processing the potentially responsive documents. Defendant reports that on August 11, 2026, Defendant made its sixteenth and final production consisting of 146 pages of responsive records.

b. For 23-F-0194, Defendant has completed its search and located approximately 564 pages. Defendant represents that it has completed processing those pages and produced all responsive, non-exempt pages on October 23, 2026.

c. For 23-F-0258, Defendant made a production of 146 pages on August 21, 2024. Defendant represents that this is its final production for 23-F-0258.

d. For 23-F-0266, Defendant searched for and located approximately 6,150 potentially responsive pages. Defendant is currently processing these records. Now that production of 23-F-0194 has completed, Defendant will begin releasing responsive records for 23-F-0266. Defendant will process 400 pages per month and anticipates the next production to occur on or before December 4, 2026. Plaintiff agreed to treat automatic replies and undeliverable messages as unresponsive to request.

e. For 23-F-0269, Defendant provided its final response (a no-records response) on June 28, 2024.

3. The parties will continue to work together in good faith throughout the course of this action in an effort to reduce disputes for the Court.

4. Because productions have resumed, Parties intend to file a Joint Status Report with this Court by January 20, 2026, to update the Court with the status of production(s) and any outstanding issues.

* * *

Dated: November 20, 2026
Washington, DC

/s/________________________
Courtney DeThomas (D.C. Bar. No. 888304075)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005-3317
202-973-4200
courtneydethomas@dwt.com

Thomas R. Burke (*pro hac vice*)
Monder Khoury (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
415-276-6500
thomasburke@dwt.com
mikekhoury@dwt.com

*Counsel for Plaintiffs*
NATIONAL PUBLIC RADIO, INC. and
CHIARA EISNER

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2518
Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*